**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| SUSAN WIPPERT, | ) CV 17-59-GF-BMM-JTJ |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Counsel for Plaintiff Susan Wippert moves the Court to appear at the

Preliminary Pretrial Conference in this matter via telephone. Counsel for the

government is not opposed to this motion.  Wherefore IT IS HEREBY ORDERED

that the motion is GRANTED. ALL PARTIES WILL APPEAR AT THE PRELIMINARY

PRETRIAL CONFERNECE BY TELEPHONE.  The Court will contact the parties with

the call-in number.

DATED this 21st day of September, 2017.


John Johnston
United States Magistrate Judge