# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | | |
|---|---|---|
| SUSAN WIPPERT, | ) | CV 17-59-GF-BMM-JTJ |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Having settled all claims, parties here jointly move to dismiss this matter.

Wherefore IT IS HEREBY ORDERED that this matter is DISMISSED with prejudice, each party to bear its own fees and costs.

DATED this 14th day of November, 2018.

_____
Brian Morris
United States District Court Judge